# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| LOUIS SCARANTINO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>WEST CORPORATION, TOM BARKER, LEE ADREAN, DONALD CASEY JR., ANTHONY DINOVI, PAUL GARCIA, LAURA GRATTAN, JEANETTE HORAN, MICHAEL HUBER, DIANE OFFEREINS, GREGORY SLOMA, APOLLO GLOBAL MANAGEMENT, LLC, MOUNT OLYMPUS HOLDINGS, INC., and OLYMPUS MERGER SUB, INC.,<br><br>        Defendants. | Case No. 4:17-cv-03080-JMG-CRZ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Louis Scarantino ("Plaintiff") hereby gives notice ("Notice") that the above-captioned action ("Action") is voluntarily dismissed with prejudice as to the Plaintiff, but without prejudice as to all other members of the putative class in the Action. Defendants have neither served an answer nor moved for summary judgment. As such, Plaintiff's dismissal of the Action is effective upon filing of this Notice.

| | |
|---|---|
| Dated: November 1, 2017 | KINSEY ROWE BECKER & KISTLER, LLP |
| | |
| | */s/ David W. Rowe* |
| | David W. Rowe |
| OF COUNSEL: | Robert D. Kinsey, Jr. |
| | 3800 VerMaas Place, Suite 100 |
| RIGRODSKY & LONG, P.A. | Lincoln, NE 68502 |
| Brian D. Long *(admitted pro hac vice)* | (402) 438-1313 |
| Gina M. Serra *(admitted pro hac vice)* | drowe@krbklaw.com |
| 2 Righter Parkway, Suite 120 | rkinsey@krbklaw.com |
| Wilmington, DE 19803 | |
| (302) 295-5310 | |
| bdl@rl-legal.com | |
| gms@rl-legal.com | *Attorneys for Plaintiff* |
| | |
| RM LAW, P.C. | |
| Richard A. Maniskas | |
| 1055 Westlakes Drive, Suite 3112 | |
| Berwyn, PA 19312 | |
| (484) 324-6800 | |
| rm@maniskas.com | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 1, 2017, he caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served on all counsel of record via the CM/ECF system.

>  */s/ David W. Rowe*
>  David W. Rowe